**Diller B. GROFF, III, M.D.,
Plaintiff—Appellant,**

v.

**PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY,
Defendant—Appellee.**

No. 01–5705.

United States Court of Appeals,
Sixth Circuit.

Aug. 7, 2002.

Before SUHRHEINRICH and BATCHELDER, Circuit Judges; LITTLE,* District Judge.

*The Honorable F.A. Little, Jr., United States District Judge for the Western District of Lou-

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

It is ORDERED that the judgment of the district court be, and it hereby is, affirmed upon the opinion of the district court.